IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SYNOPSYS, INC.,
    Plaintiff,

v.                                                     Civil Action No. 3:21cv252

RISK BASED SECURITY, INC.,
    Defendant.

## ORDER

This matter comes before the Court on the Special Master's Second Report and Recommendation ("the report"). (ECF No. 240.) The time to file objections has expired and neither party has objected to the report. (*See* ECF No. 242.) Having considered the matter and deeming it otherwise proper and just to do so, the Court ACCEPTS and ADOPTS the report as the OPINION of the Court. (ECF No. 240.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 15 February 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge