CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                                 DATE:    3/1/22

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>Synopsys, Inc.<br>v.<br>Risk Based Security, Inc. | CASE NO:   3:21cv252<br><br>JUDGE:   Gibney<br><br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:   BENCH TRIAL ( )   MOTION HEARING (X )
  *Motions for Summary Judgment [218] and [219]; Motions to Exclude Expert Opinions [206] and [233]*

APPEARANCES:     Parties by (X )/with (   ) counsel


**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (   )     DEFENDANT(S) (   ) Court (   )
OPENING STATEMENTS MADE (   )          OPENING WAIVED (   )
PLAINTIFF(S) ADDUCED EVIDENCE (   )
DEFENDANT(S) ADDUCED EVIDENCE (   )    RESTED (   ) MOTION (   ) _____
EVIDENCE CONCLUDED (   )         ARGUMENTS OF COUNSEL HEARD (  x )


CASE CONTINUED UNTIL
ADDITIONAL NOTATIONS:

Findings stated from the bench; the motions to exclude as to Shostack and Cole are granted in part and denied in part; the motion is granted as to Dr. Kirsch; Synopsys's MSJ is granted as to trade secrets and tortious interference claims; the trial will go forward on the copyright infringement claims; an opinion will enter; the motion in limine/final pretrial conference is cancelled with the parties directed to submit new lists of exhibits and witnesses; the parties directed to reach out to Magistrate Judge Hanes to schedule a settlement conference


*Counsel for Plaintiff(s):*

Patrick Michael, III, Christopher Pickens, Nathaniel Connally, III, Lauren Cury


*Counsel for Defendant(s)*:

Andrew Samuels, Christopher Wiech, Stewart Pollock, Kevin Kirsch, C. Dewayne Lonas

_____
SET:                BEGAN:                  ENDED:                    TIME IN COURT:
9:30 a.m.                       9:35 a.m.                    3:55 p.m.                    4 hrs 35 mins