IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:21-cv-00252 |
| RISK BASED SECURITY, INC., | ) |
| Defendant. | ) |

**SYNOPSYS' RENEWED MOTION FOR FEES AND COSTS**

Pursuant to Rule 54 of the Federal Rules of Civil Procedure and the Court's October 7, 2022 Order, (ECF No. 438), Synopsys, Inc. ("Synopsys") respectfully moves the Court for an award of its reasonable attorneys' fees and non-taxable costs in this action. An award of attorneys' fees and costs is warranted here because Synopsys is the prevailing party against Defendant Risk Based Security, Inc. ("RBS"). As the prevailing party, Synopsys is entitled to an award of reasonable fees and costs under the Reseller Agreement between RBS and Synopsys' subsidiary, Black Duck Software, Inc. Synopsys is also entitled to an award of its reasonable attorneys' fees under the Defend Trade Secrets Act ("DTSA") and Virginia Uniform Trade Secrets Act ("VUTSA") because RBS pursued its allegations of trade secret misappropriation in bad faith.

For these reasons, which are set out in more detail in the brief and supporting declarations being filed with this motion, Synopsys respectfully requests an award of $4,779,364.51 in attorneys' fees and $461,413.54 in non-taxable costs.

| | |
|---|---|
| Dated: July 28, 2023 | Respectfully submitted, |

/s/ N. Thomas Connally
N. Thomas Connally, VSB No. 36318
Christopher T. Pickens, VSB No. 75307
HOGAN LOVELLS US LLP
8350 Broad St., 17th Floor
Tysons, VA 22102
T: 703-610-6100
F: 703-610-6200
tom.connally@hoganlovells.com
christopher.pickens@hoganlovells.com

Lauren B. Cury, VSB No. 87439
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
T: 202-637-5600
F: 202-637-5910
lauren.cury@hoganlovells.com

Patrick T. Michael (admitted PHV)
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
T: 415-374-2300
F: 415-374-2499
patrick.michael@hoganlovells.com

Krista S. Schwartz (admitted PHV)
Richard Li (admitted PHV)
WILLKIE FARR GALLAGHER LLP
1 Front Street
San Francisco, CA 94111
T: 415-858-7400
F: 415-858-7599
kschwartz@willkie.com

*Counsel for Plaintiff Synopsys, Inc.*