**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |
|---|---|
| SYNOPSYS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 3:21-cv-00252 |
| RISK BASED SECURITY, INC., | |
| Defendant. | |

**NOTICE OF WAIVER OF HEARING ON MOTION TO BIFURCATE**

PLEASE TAKE NOTICE that, in the interests of judicial efficiency and to expedite disposition on its motion, including its request for an administrative stay, Defendant Risk Based Security, Inc. waives a hearing on its previously filed Motion to Bifurcate Consideration of Fees and Costs [ECF No. 442].

Dated: August 4, 2023

**RISK BASED SECURITY, INC.**

By: _/s/ C. Dewayne Lonas_____
C. Dewayne Lonas (VA Bar No. 44298)
Stewart R. Pollock (VA Bar No. 92466)
MORAN REEVES CONN PC
1211 East Cary Street
Richmond, VA 23219
Tel: (804) 421-6250
Fax: (504) 421-6251
dlonas@moranreevesconn.com
spollock@moranreevesconn.com

Kevin W. Kirsch (admitted *pro hac vice*)
Michael S. Gordon (admitted *pro hac vice*)
Andrew E. Samuels (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Tel: (614) 228-1541
Fax: (614) 462-2616
kkirsch@bakerlaw.com
mgordon@bakerlaw.com
asamuels@bakerlaw.com

*Attorneys for Defendant Risk Based Security, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of August, 2023, I electronically filed the

foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notification

of such filing (NEF) to all counsel of record.

By: /s/ C. Dewayne Lonas
C. Dewayne Lonas, Esq. (VSB No. 44298
Stewart R. Pollock, Esq. (VSB No. 92466)
**MORAN REEVES & CONN PC**
1211 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Fax: (804) 421-6251
dlonas@moranreevesconn.com
spollock@moranreevesconn.com

*Counsel for Defendant Risk Based Security, Inc.*