IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SYNOPSIS, INC.
    Plaintiff,

v.

RISK BASED SECURITY, INC.
    Defendant.

Civil Action No. 3:21cv252

## ORDER

This matter comes before the Court on the consent motion for an extension of time filed by the defendant. (ECF No. 450.) Upon due consideration and for good cause shown, the Court GRANTS IN PART the motion. (*Id.*) The defendant may file its response to the plaintiff's motion for attorney's fees, (ECF No. 445), on or before **August 25, 2023**.

The Court DENIES the motion WITHOUT PREJUDICE in all other respects. Pursuant to Local Rule 7, the plaintiff "may file a reply brief within six (6) calendar days after the service" of the defendant's response brief. The parties provide no reasons for why the plaintiffs need an additional two weeks to reply to the defendant's response. The plaintiff may move for an extension of time to file its reply brief if it needs additional time, but it must explain the reasons for its requests in that motion.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 10 August 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge